UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER HOLLINGER,<br>    Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:20-CV-1133 |
| v. | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,<br>    Defendant | ) <br> ) | |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner denying Jennifer Hollinger's application for benefits is AFFIRMED;

(2) Final Judgment will be issued pursuant to Fed. R. Civ. P. 58 in favor of the Commissioner by separate order; and

(3) The Clerk of Court is DIRECTED to close this case.

Date: March 7, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge